

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

May 27, 1977

Honorable Don S. Caldwell, Jr.         Opinion No. H-1002
District/County Attorney
Limestone County                       Re:  Appointment of special
Groesbeck, Texas 76642                 deputy sheriffs.

Dear Mr. Caldwell:

You have requested our opinion concerning the authority
of a sheriff to appoint or hire handgun carrying special
deputies "who are not certified peace officers" to patrol
an annual celebration in his county.

This office has consistently held that the appointment
of deputy sheriffs must be authorized by law. Attorney
General Opinions V-1050 (1950); V-699 (1948); O-4338 (1942);
O-207 (1939). We are not aware of any statute which would
authorize the appointment of such special deputies, except
possibly article 6869.1, V.T.C.S., which authorizes the ap-
pointment of reserve deputy sheriffs. However, such reserve
deputies as well as all other peace officers not specifically
excepted must satisfy the requirements of article 4413(29aa),
V.T.C.S. Attorney General Opinions H-549 (1975); H-167 (1973);
M-1267 (1972); M-1026 (1971); M-767 (1971). Section 2A(a) of
this article provides in part:

> The Commission on Law Enforcement Officer
> Standards and Education shall establish
> minimum training standards for all reserve
> law enforcement officers which must be ful-
> filled before a person appointed as a re-
> serve law enforcement officer may carry a
> weapon or otherwise act as a peace officer.

As you note in your request, the Commission has established
such standards.

Accordingly, in our opinion a sheriff has no authority
to appoint special deputy sheriffs in this context unless
such deputies satisfy the requirements of article 4413(29aa).

### S U M M A R Y

Deputy sheriffs appointed to patrol an
annual celebration must satisfy the re-
quirements of article 4413(29aa) in order
to act as a peace officer.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

kml